685 A.2d 1390

**Andrea BRUCK, Individually And On Behalf of All Others Similarly Situated, Petitioner,**

v.

**PENNSYLVANIA NATIONAL INSURANCE COMPANIES, Individually And On Behalf of All Others Similarly Situated, Respondent.**

Supreme Court of Pennsylvania.

Dec. 17, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 17th day of December, 1996, the Petition for Allowance of Appeal is hereby GRANTED but LIMITED to the following:

460

Whether the Superior Court erred in affirming the lower court's granting of Respondent's Motion for Summary Judgment.